FILED
CLERK, U.S. DISTRICT COURT
8/19/25
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MRV\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 25- 2:25-cr-00686-FMO |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer] |
| JONATHAN CARAVELLO, | |
| | **[CLASS A MISDEMEANOR]** |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendant JONATHAN CARAVELLO, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with employees of United States Border Patrol, while the

//

//

employees were engaged in, and on account of, the performance of their official duties.

                                            BILAL A. ESSAYLI
                                            Acting United States Attorney

                                            CHRISTINA T. SHAY
                                            Assistant United States Attorney
                                            Chief, Criminal Division

*/s/ Frances S. Lewis*

                                            FRANCES S. LEWIS
                                            Assistant United States Attorney
                                            Chief, General Crimes Section

                                            ROGER A. HSIEH
                                            Assistant United States Attorney
                                            Deputy Chief, Major Frauds Section