UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No.  2:25-cr-00686-FMO                                        Date: 08/25/2025

Present: The Honorable: Karen L. Stevenson, United States Magistrate Judge

Interpreter N/A                                        Language  N/A

| Gay Roberson | CS 08/25/2025 | Kali Yallourakis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✔ Present  Released on Bond          Attorneys for Defendants:   ✔ Present  Retained

Jonathan Caravello                                        Knut Sveinbjorn Johnson

**Proceedings: Arraignment of          ✔  Assignment of Case          Appointment of Counsel**
**Defendant and/or                           Initial Appearance**

\* Defendant states true name is the name on the Information Class A.

\* Defendant is arraigned under name on the Information Class A.

\* Defendant acknowledges having read the Information Class A and discussed it with counsel.

\* Defendant pleads "not guilty" to all counts of the Information Class A.

\* This case is assigned to Judge Fernando M. Olguin.

\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/14/2025 8:45 AM

\* Judge Olguin is located in 6D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA          PSAED          PSASA          **Initial Appearance/Appointment of Counsel:** 00      : 00
      USMLA          USMED          USMSA
      Statistics Clerk          Interpreter                              **Arraignment:** 00      : 03
      CJA Supervising Attorney          Fiscal          **Initials of Deputy Clerk:** GR by TRB