BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0600
     Facsimile: (213) 894-6265
     E-mail: Roger.Hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>                  v.<br><br>JONATHAN CARAVELLO,<br><br>             Defendant. | No. 2:25-cr-00686-(A)-FMO<br><br>ORDER CONTINUING TRIAL DATE AND <u>FINDINGS REGARDING EXCLUDABLE TIME</u> <u>PERIODS PURSUANT TO SPEEDY TRIAL</u> <u>ACT</u><br><br>**TRIAL DATE: 3/24/26**<br>**PRE-TRIAL CONFERENCE DATE: 3/13/26** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 11, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The trial in this matter is continued from October 14, 2025, to March 24, 2026, at 9:00 a.m.  The pre-trial conference hearing is continued to March 13, 2026, at 2:00 p.m.  The discovery cutoff is extended to February 27, 2026.

2.    The time period of October 14, 2025, to March 24, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.    Defendant shall appear in Courtroom 6D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on March 24, 2026, at 9:00 a.m. for trial and on March 13, 2026, at 2:00 p.m. for a pre-trial conference.

4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

2

additional time periods from the period within which trial must commence.

5.    Except as set forth above, the parties shall comply with the deadlines and requirements set forth in the Case Management Order, filed on September 8, 2025, (Dkt. 25).

IT IS SO ORDERED.


 September 12, 2025                          /s/
 DATE                              HONORABLE FERNANDO M. OLGUIN
                                   UNITED STATES DISTRICT JUDGE


Presented by:

     /s/
 ROGER A. HSIEH
 Assistant United States Attorney

3