

FILED
CLERK, U.S. DISTRICT COURT

9/3/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____E.C._____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00686(A)-FMO |
| Plaintiff, | F I R S T |
| | S U P E R S E D I N G |
| v. | I N D I C T M E N T |
| JONATHAN CARAVELLO, | [18 U.S.C. §§ 111(a)(1), (b): |
| | Assault on Federal Officer |
| Defendant. | Using a Deadly or Dangerous |
| | Weapon] |

The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), (b)]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendant JONATHAN CARAVELLO, intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with employees of United States Customs and Border Protection, while the employees were engaged in, and on account of,

//

//

the performance of their official duties, and in doing so, used a deadly and dangerous weapon, namely, a tear gas canister.

                                        A TRUE BILL


                                        _____/s/_____
                                        Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division


FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
Section

ROGER A. HSIEH
Assistant United States Attorney
Deputy Chief, Major Frauds
Section