UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JONATHAN CARAVELLO,<br>Defendant. | Case No. 2:25-CR-00686(A)-FMO<br><br>**ORDER GRANTING STIPULATION [38] RE: PERMISSION TO TRAVEL** |

The parties, by and through counsel of record, Knut S. Johnson for the Defendant and Plaintiff United States of America, by and through the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Roger A. Hsieh, entered a stipulation agreeing to Defendant's request to travel. This Court has reviewed that stipulation, and GOOD CAUSE HAVING BEEN SHOWN, hereby ORDERS as follows:

1.    Defendant Jonathan Caravello may leave the Central District of California and travel by automobile to Gilbert, Arizona to stay with his brother between December 14, 2025, and December 28, 2025.

2.    Defendant shall stay with his brother and within the town of Gilbert, Arizona during the duration of his trip.

3.    All other conditions of defendant's release remain in effect.

4.    The Application for Review (Dkt. 37) is deemed moot.

**IT IS SO ORDERED.**

**Dated:** <u>December 8, 2025</u>

<u>/s/</u>
HONORABLE FERNANDO M. OLGUIN
U.S. DISTRICT JUDGE

cc:  U.S. Probation & Pretrial Office

1