TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Chief, Major Frauds Section
CHRIS S. BULUT (Cal. Bar No. 352016)
Assistant United States Attorney
General Crimes Section
      1100/1200 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0600/6738
      Facsimile: (213) 894-0141
E-mail:   roger.hsieh@usdoj.gov
          chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00686(A)-FMO |
|---|---|
| Plaintiff, | JOINT PROPOSED VERDICT FORM |
| v. | Trial Date:  March 24, 2026 |
| JONATHAN CARAVELLO, | Trial Time:  8:30 a.m. |
| Defendant. | Location:    Courtroom of the Hon. Fernando M. Olguin |

     Plaintiff United States of America, by and through its counsel
of record, the First Assistant United States Attorney for the
Central District of California and Assistant United States Attorneys
Roger A. Hsieh and Chris S. Bulut, and defendant Jonathan Caravello,
by and through his counsel of record Knut Johnson, hereby submit
their Joint Proposed Verdict Form in the above-captioned case.

//

1

The parties respectfully reserve the right to supplement this verdict form as needed.  The defense reserves the right to object to the lesser included offense verdict form (Question Two) based on evidence presented at trial

Dated: February 27, 2026        Respectfully submitted,

                                TODD BLANCHE
                                Deputy Attorney General

                                BILAL A. ESSAYLI
                                First Assistant United States
                                Attorney

                                ALEXANDER B. SCHWAB
                                Assistant United States Attorney
                                Acting Chief, Criminal Division


                                _____/s/_____
                                ROGER A. HSIEH
                                CHRIS S. BULUT
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA


Dated: February 27, 2026        _____/s/_____
                                KNUT S. JOHNSON
                                JOHN PAUL
                                Attorneys for Defendant
                                Jonathan Caravello


*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00686(A)-FMO |
| Plaintiff, | JOINT PROPOSED VERDICT FORM |
| v. | |
| JONATHAN CARAVELLO, | |
| Defendant. | |

**QUESTION ONE**

1.   We, the Jury in the above-titled action, hereby unanimously find defendant JONATHAN CARAVELLO:

\_\_\_\_\_   NOT GUILTY

\_\_\_\_\_   GUILTY

of the offense of assaulting a federal officer using a deadly or dangerous weapon in violation of 18 U.S.C. § 111(a)(1), (b), as charged in the Indictment.

**If your answer is not guilty or you are unable to reach a unanimous verdict on Question One, please proceed to Question 2, below.**

**If your answer is guilty to Question One, skip Question 2, below, and instead have the foreperson sign and date the verdict form below.**

2

**QUESTION TWO**

2.  We, the Jury in the above-titled action, hereby unanimously find defendant JONATHAN CARAVELLO:

_____ NOT GUILTY

_____ GUILTY

of the offense of simple assault on a federal officer in violation of 18 U.S.C. § 111(a)(1).

_____
FOREPERSON OF THE JURY

DATED:_____, in Los Angeles, California.

3