TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Chief, Major Frauds Section
CHRIS S. BULUT (Cal. Bar No. 352016)
Assistant United States Attorney
General Crimes Section
        1100/1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0600/6738
        Facsimile: (213) 894-0141
        Email:      roger.hsieh@usdoj.gov
                    chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00686(A)-FMO |
|---|---|
| Plaintiff, | PRETRIAL EXHIBIT STIPULATION |
| v. | Trial Date:   March 24, 2026 |
| JONATHAN CARAVELLO, | Trial Time:   8:30 a.m. |
| Defendant. | Location:     Courtroom of the Hon. Fernando M. Olguin |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Roger A. Hsieh and Chris S. Bulut, hereby files its Pretrial Exhibit Stipulation.

//

//

The government reserves the right to supplement this exhibit list, including by adding or removing exhibits.

Dated: February 27, 2026          Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


        /s/
ROGER A. HSIEH
CHRIS S. BULUT
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

| Ex. No. | Description | Stipulation | Objections | Response to Objection |
|---|---|---|---|---|
| 1. | Google map photo of Camarillo location of Glass House Farms<br><br>USAO_00082211 | X | | |
| 2. | Google map photo of Carpinteria location of Glass House Farms<br><br>USAO_00082213 | X | | |
| 3. | Google map photo of Camarillo location of Glass House Farms with address<br><br>USAO_00082210 | X | | |
| 4. | Google map photo of Carpinteria location of Glass House Farms with address<br><br>USAO_00082213 | X | | |
| 5. | Photo of Laguna Road<br><br>USAO_00082214 | X | | |
| 6. | Photo of Damaged Vehicles at Point Mugu<br><br>USAO_00082206 | | FRE 401, 403 | Relevant under FRE 401 to showing chaos of the day, which sets the background of the incident.  Any prejudice can be addressed with a limiting instruction. |
| 7. | Photo of Damaged Vehicles at Point Mugu<br><br>USAO_00082207 | | FRE 401, 403 | Relevant under FRE 401 to showing chaos of the day, which sets the background of the incident.  Any prejudice can be addressed with a |

| | | | | |
|---|---|---|---|---|
| | | | | limiting instruction. |
| 8. | Photo of Damaged Vehicles at Point Mugu<br><br>USAO_00082208 | | FRE 401, 403 | Relevant under FRE 401 to showing chaos of the day, which sets the background of the incident.  Any prejudice can be addressed with a limiting instruction. |
| 9. | Photo of Damaged Vehicles at Point Mugu<br><br>USAO_00082209 | | FRE 401, 403 | Relevant under FRE 401 to showing chaos of the day, which sets the background of the incident.  Any prejudice can be addressed with a limiting instruction. |
| 10. | Photo of Tear Gas Canister<br><br>USAO_00082215 | X | | |
| 11. | Photo of Caravello<br><br>USAO_00000015 | | FRE 401, 403 | Relevant under FRE 401 to showing identity of defendant. |
| 12. | Photo of Caravello<br><br>USAO_00000016 | | FRE 401, 403 | Relevant under FRE 401 to showing identity of defendant. |
| 13. | Photo of Caravello<br><br>USAO_00000017 | | FRE 401, 403 | Relevant under FRE 401 to showing identity of defendant. |

2

| 14. | Photo of Caravello USAO_00000018 | | FRE 401, 403 | Relevant under FRE 401 to showing identity of defendant |
|---|---|---|---|---|
| 15. | Body Camera Footage of Agent R.C. USAO_00000027 | Stipulated, but defense reserves to object to specific clips. | | |
| 16. | Body Camera Footage of Agent S.H. USAO_00000026 | Stipulated, but defense reserves to object to specific clips. | | |
| 17. | Body Camera Footage of BPA A.C. USAO_00000045 | Stipulated, but defense reserves to object to specific clips. | | |
| 18. | Camarillo City Council Video USAO_00000013 | | FRE 401, 403, 404(b) | Permissible under FRE 404(b) to show motive and intent |
| 19. | Jonathan Caravello Post-Arrest Interview USAO_00000025 | X | | |
| 20. | CBP Use of Force Policy USAO_00081589 - USAO_00081652 | X | | |
| 21. | April 17, 2025 Letter of Reprimand USAO_00081522 | | FRE 401, 403, 404(b), 106 - Rule of Completeness | Permissible under FRE 404(b) to show motive and intent |

3

| 22. | Screenshots from Phone<br><br>USAO_00081528-<br>USAO_00081531 | | FRE 401, 403, 404(b), 106 – Rule of Completeness | |

4