TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Chief, Major Frauds Section
CHRIS S. BULUT (Cal. Bar No. 352016)
Assistant United States Attorney
General Crimes Section
        1100/1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0600/6738
        Facsimile: (213) 894-0141
        E-mail:    roger.hsieh@usdoj.gov
                   chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00686(A)-FMO |
|---|---|
| Plaintiff, | JOINT STATEMENT OF THE CASE |
| v. | Trial Date:    March 24, 2026<br>Trial Time:    8:30 a.m. |
| JONATHAN CARAVELLO, | Location:    Courtroom of the<br>Hon. Fernando M. |
| Defendant. | Olguin |

    Plaintiff United States of America, by and through its counsel

of record, the First Assistant United States Attorney for the Central

District of California and Assistant United States Attorneys Roger A.

Hsieh and Chris S. Bulut, and defendant JONATHAN CARAVELLO, by and

through his counsel of record, Knut S. Johnson, hereby submit their

//

//

//

Joint Statement of the Case in the above-captioned case.

Dated: 2/27/2026                    Respectfully submitted,

                                    TODD BLANCHE
                                    Deputy Attorney General

                                    BILAL A. ESSAYLI
                                    First Assistant United States
                                    Attorney

                                    ALEXANDER B. SCHWAB
                                    Assistant United States Attorney
                                    Acting Chief, Criminal Division


                                        /s/
                                    ROGER A. HSIEH
                                    CHRIS S. BULUT
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA



Dated: 2/27/2026                        /s/
                                    KNUT S. JOHNSON
                                    JOHN PAUL
                                    Attorneys for DEFENDANT
                                    JONATHAN CARAVELLO


* Pursuant to Local Rule 5-4.3.4, the filer attests that all signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**JOINT STATEMENT OF THE CASE**

The indictment charges defendant JONATHAN CARAVELLO with assault on a federal officer with a deadly or dangerous weapon, namely a tear gas canister, in violation of 18 U.S.C. §§ 111(a)(1),(b).

Defendant has entered a plea of not guilty and is presumed innocent of the charge.