NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Knut S. Johnson (SBN 125725)
SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel. (619) 771-3473  kjohnson@singletonschreiber.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>JONATHAN CARAVELLO<br><br>DEFENDANT. | **CASE NUMBER**<br><br>2:25-CR-00686(A)-FMO<br><br>**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☑ plaintiff ☐ defendant JONATHAN CARAVELLO
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge _____ by order dated: 11/06/2025 and 12/1/2025

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☑ ordering release upon certain conditions, or
☐ denying detention.

☐ A hearing is being sought before Magistrate Judge _____ as there is new information to be presented that was not considered by the previous judicial officer; or

☑ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific):*

See Attached Exhibit.

Counsel for the defendant and plaintiff United States Government consulted on  12/8/2025 and 3/4/2026
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Email notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation
on 3/4/2026 .

An interpreter is ☐ required ☑ not required.  Language _____

Defendant is ☐ in custody ☑ not in custody.

3/4/2026
Date

/s/ Knut S. Johnson
Moving Party

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (09/24)