# Exhibit A

# Exhibit A to CR-88

1.      The conditions of release should be modified to eliminate ""“Location Monitoring technology . . .”

2.      The government previously stipulated to that relief (see, E.R. 30), but the U.S. Magistrate Judge denied the stipulation (E.R. 32).

3.      In December, PreTrial Services stated not enough time has passed (it had been four months). So the government no longer agreed to the requested change.

3.      The government and PreTrial Services have confirmed they did not ask for location monitoring at arraignment, and it was a sua sponte decision by the Magistrate at arraignment.

4. In December 2025, Mr. Caravello traveled to Arizona for several weeks, without incident. Counsel is unaware of any violations of his release conditions.

5. Trial in this case begins March 24, 2026. Counsel for Mr. Caravello is concerned that jurors entering the courthouse with Mr. Caravello will see the ankle bracelet that the Location Monitoring condition requires, which could prejudice Mr. Caravello.