TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Chief, Major Frauds Section
CHRIS S. BULUT (Cal. Bar No. 352016)
Assistant United States Attorney
General Crimes Section
        1100/1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0600/6738
        Facsimile: (213) 894-0141
        E-mail:    roger.hsieh@usdoj.gov
                   chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                    v.<br><br>JONATHAN CARAVELLO,<br><br>            Defendant. | No. 2:25-cr-00686(A)-FMO<br><br>DECLARATION OF ROGER A. HSIEH PURSUANT TO FED. R. CRIM. P. 5(f)<br><br>Trial Date:   March 24, 2026<br>Trial Time:   8:30 a.m.<br>Location:     Courtroom of the<br>              Hon. Fernando M.<br>              Olguin |

        Plaintiff United States of America, by and through its counsel

of record, the First Assistant United States Attorney for the Central

//

//

District of California and Assistant United States Attorneys Roger A. Hsieh and Chris S. Bulut, hereby files its declaration pursuant to Fed. R. Crim. P. 5(f) in accordance with the Court's Case Management Order.  (Dkt. 25.)

Dated: March 6, 2026              Respectfully submitted,

                                  TODD BLANCHE
                                  Deputy Attorney General

                                  BILAL A. ESSAYLI
                                  First Assistant United States
                                  Attorney

                                  ALEXANDER B. SCHWAB
                                  Assistant United States Attorney
                                  Acting Chief, Criminal Division


                                  _____/s/_____
                                  ROGER A. HSIEH
                                  CHRIS S. BULUT
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

**DECLARATION OF ROGER A. HSIEH**

I, Roger A. Hsieh, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I am one of the attorneys representing the government in this case.

2.    I file this declaration on behalf of the government in accordance with the Court's Case Management Order dated September 8, 2025, pursuant to Federal Rule of Criminal Procedure 5(f).  (Dkt. 25.)

3.    As of the date and time of the filing of this declaration, the government has produced or made available for inspection to the defense all evidence in its current possession that is relevant to defendant's guilt or punishment or that is favorable to defendant on the issue of guilt or punishment regarding the charged incident.

4.    To comply with its obligations under Brady v. Maryland, 373 U.S. 83 (1963), and Fed. R. Crim. P. 5(f), the government has sought and produced or made available for inspection all known Brady evidence.  Specifically, I have had discussions with the case agent about the potentially responsive materials possessed by Homeland Security Investigations and U.S. Border Patrol.  The government is unaware of any Rule 5(f) or Brady evidence currently in its possession that has not been produced or made available to defendant

//

//

//

for inspection.  The government's review for any additional evidence that falls under its discovery obligations, including under Brady and Rule 5(f), remains ongoing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 6, 2026.

/s/ Roger A. Hsieh

ROGER A. HSIEH
Assistant United States Attorney

2