Y RTODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Chief, Major Frauds Section
CHRIS S. BULUT (Cal. Bar. No. 352016)
Assistant United States Attorney
General Crimes Section
  1100/1200 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-0600/6738
  Facsimile: (213) 894-0141
  E-mail:  roger.hsieh@usdoj.gov
      chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>     v.<br><br>JONATHAN CARAVELLO,<br><br>   Defendant. | No. 2:25-cr-00686(A)-FMO<br><br>TRIAL STIPULATION REGARDING IDENTITY OF DEFENDANT JONATHAN CARAVELLO<br><br>Trial Date: March 24, 2026<br>Trial Time: 8:30 a.m.<br>Location: Courtroom of the Hon. Fernando M. Olguin |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney ROGER A. HSIEH and CHRIS S. BULUT, and defendant JONATHAN CARAVELLO, both individually and through his attorney of record, KNUT S. JOHNSON, hereby agree and stipulate to following fats, which the parties

further agree and stipulate may be entered into evidence at trial and read to the jury at any time:

//

//

**Trial Stipulation #1**

Defendant Jonathan Caravello is the individual wearing a floral print short-sleeved shirt and jeans with long hair and glasses in USAO_00082225 starting at approximately 00:31 through approximately 00:45, which the government plans to introduce as Exhibit 35 at trial.  The parties further agree and stipulate that this stipulation be entered into evidence at trial.

Dated: March 6, 2026                    Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


_____/s/_____
ROGER A. HSIEH
CHRIS S. BULUT
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA


_____
KNUT S. JOHNSON
JOHN PAUL
Attorneys for DEFENDANT
JONATHAN CARAVELLO

Dated: 3/9/2026

3

I have carefully discussed every part of the stipulation with my attorney.  I understand the terms of this stipulation and my right to confront witnesses regarding the facts and exhibits described herein, and I knowingly waive that right and voluntarily agree to the terms of the stipulation.

Dated: 3/9/2026

_____
JONATHAN CARAVELLO
Defendant