**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br>v.<br><br>JONATHAN CARAVELLO,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 25-00686-FMO<br><br>**ORDER TRANSFERRING<br>CRIMINAL ACTION** |

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, IT IS HEREBY ORDERED that the above-entitled criminal action be transferred to the calendar of Judge _____CYNTHIA VALENZUELA_____ for all further proceedings as to:

☑ all defendants

☐ only as to defendant(s):

_____

_____

_____


| March 12, 2026 | /s/  Fernando M. Olguin |
|---|---|
| Date | United States District Judge |

| March 12, 2026 | /s/ Cynthia Valenzuela |
|---|---|
| Date | United States District Judge |

**Notice to Counsel from Clerk**

On all documents subsequently filed in this case, please substitute the initials ___CV___ after the case number, so that the case number will read _2:25-cr-00686-CV_ . This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ *Previous Judge*    ☐ *Statistics Clerk*

CR-71 (06/23)                    ORDER TRANSFERRING CRIMINAL ACTION