UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – GENERAL

| Case No. | **2:25-cr-00686-CV-1** | Date | March 16, 2026 |
| --- | --- | --- | --- |

Title   *United States of America v. Jonathan Caravello*

Present: The Honorable   Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| None Present | None Present |

**Proceedings:   ORDER SETTING FINAL PRE-TRIAL CONFERENCE AND CONTINUING TRIAL DATE**

In light of the recent transfer of this case to Judge Cynthia Valenzuela, the Court sets the Final Pretrial Conference for **Tuesday March 31, 2026, at 10:00 a.m.** in Courtroom 10B. The Court also continues the previously scheduled trial date of March 24, 2026, to **Monday April 6, 2026, at 9:00 a.m.**, in Courtroom 10B.

The Court further directs the parties to review the Court's Standing Order for Criminal Cases Assigned to Judge Valenzuela. Doc # 58.

**IT IS SO ORDERED.**