UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cr-00686-CV** | Date | March 25, 2026 |
| Title | *United States of America v. Jonathan Caravello* | | |

Present: The Honorable    Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S EX PARTE APPLICATION TO REMOVE LOCATION MONITORING FROM THE CONDITIONS OF RELEASE [61]**

On March 24, 2026, Defendant filed an *ex parte* application seeking an order removing the location-monitoring condition of his release. Doc. # 61 ("Application"). Defendant asks the Court to eliminate the requirement for "Location Monitoring technology . . ." because the required biometric check-ins have disrupted his sleep as he prepares for trial. *Id.* at 2–3. According to Defendant, the government takes no position on the proposed modification. *Id.* at 1. Pretrial Services opposes the request on the ground that location monitoring was imposed by the Court, although neither Pretrial Services nor the government requested that condition. *Id.* at 2. Defendant also represents that his surety "has signed a declaration stating that he agrees with the requested modification." *Id.* at 5. No such declaration has been provided to the Court, however.

The Court therefore DENIES the Application WITHOUT PREJUDICE to Defendant renewing the request with a declaration from his surety.

**IT IS SO ORDERED.**