UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cr-00686-CV** | Date | March 26, 2026 |
| Title | *United States of America v. Jonathan Caravello* | | |

Present: The Honorable    Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER REMOVING LOCATION MONITORING [63]**

On March 25, 2026, Defendant Jonathan Caravello ("Defendant") filed an *ex parte* application seeking an order removing the location-monitoring condition of his release. Doc. # 63 ("Application"). Defendant asks the Court to eliminate the location monitoring requirements from his conditions of release because the required biometric check-ins have disrupted his sleep as he prepares for trial. *Id.* at 2–3. According to Defendant, the government takes no position on the proposed modification. *Id.* at 1. Pretrial Services opposes the request on the ground that location monitoring was imposed by the Court, although neither Pretrial Services nor the government requested that condition. *Id.* at 2. Defendant's surety approves of the modification. *Id*. at 6.

The Court, having reviewed the Application and good cause having been found, hereby GRANTS the Application and ORDERS that Defendant's conditions of release are modified to eliminate "Participate in Electronic Monitoring Program . . ." and all other checked boxes on page 3 of the Conditions of Release at Docket Entry 11.

**IT IS SO ORDERED.**