UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – GENERAL

Case No. **2:25-cr-00686-CV-1** Date: March 31, 2026

Present: The Honorable: CYNTHIA VALENZUELA, UNITED STATES DISTRICT JUDGE

Interpreter N/A

| Jessica Cortes | CourtSmart | Roger Hsieh<br>Chris Setrak Bulut |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Jonathan Caravello | X | | X | Knut Johnson | X | | X |

**Proceedings: FINAL PRETRIAL CONFERENCE;**

**1st MIL to Exclude Arguments About Jury Nullification Filed by Plaintiff USA [45];**

**2nd MIL to Exclude Expert Testimony of Gil Kerlikowske Filed by Plaintiff USA [59]**

The matter is called and counsel state their appearances. The final pretrial conference is held. The Court hears oral argument on pending motions and confers with counsel regarding trial related matters as stated on the record.

The schedule for trial is discussed. The parties agree that trial will start on **Tuesday April 7, 2026 at 9:00 a.m.** The Court agrees after confirming with Defendant that he has no objection and waives any Speedy Trial Act right he might have to trial starting on April 6 rather than April 7. Counsel are directed to be present in Courtroom 10B at 8:30 a.m. on April 7, 2026 to address any preliminary matters. If trial extends beyond April 7, 2026, counsel are ordered to also be present in Courtroom 10B at 8:30 a.m. each day of the trial. Trial typically runs from 9:00 a.m. to 4:30 p.m., with two 15-minute breaks and 1-hour lunch. If the Court and jurors agree, trial may extend past 4:30 p.m. Counsel are directed to be prepared to give opening statements, examine witnesses, and give closing arguments on April 7, 2026.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

1st MIL to Exclude Arguments About Jury Nullification Filed by Plaintiff USA [45] is Denied without prejudice. Defense counsel is admonished not to make jury nullification arguments, however, including arguments describing what other juries have done in similar cases.

2nd MIL to Exclude Expert Testimony of Gil Kerlikowske Filed by Plaintiff USA [59] is Granted. The Court may reconsider this ruling if Defendant demonstrates that Mr. Kerlikowske's testimony is needed for impeachment purposes.

The government is ordered to file a witness list that complies with the Court's standing order in criminal cases by **April 1, 2026**.

The parties are ordered to file a proposed limiting instruction regarding photographs of Defendant the government plans to present at trial for the Court's consideration, no later than **April 2, 2026 by 5:00 p.m.**

The government is ordered to lodge with the Court all the video exhibits along with a statement detailing the witness who will testify to the authenticity of the exhibit by no later than **April 2, 2026, by 5:00 p.m.**

The parties are ordered to file an amended exhibit list no later than **April 3, 2026, by 5:00 p.m.**

The parties have indicated they are still meeting and conferring about potential stipulations regarding various government exhibits and witnesses. The parties are urged to file any stipulations they reach (or requests for ruling on any remaining disputes) with the Court as soon as possible and no later than **April 3, 2026 at 5:00 p.m.**

If necessary, the Court will set a second pretrial conference for Monday, April 6, 2026. Parties will be notified by April 3, 2026 after the Court reviews the parties' additional filings.

IT IS SO ORDERED.

:58

**Initials of Deputy Clerk** jc