TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Chief, Major Frauds Section
CHRIS S. BULUT (Cal. Bar No. 352016)
Assistant United States Attorney
General Crimes Section
        1100/1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0600/6738
        Facsimile: (213) 894-0141
        Email:     roger.hsieh@usdoj.gov
                   chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                   v.<br><br>JONATHAN CARAVELLO,<br><br>            Defendants. | No. 2:25-cr-00686(A)-CV<br><br>GOVERNMENT'S CURRENT EXHIBIT LIST |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Map of Camarillo Location of Glass House Farms<br><br>USAO_00082211 | Agent S.H. | | | |
| 2 | Picture of Laguna Road<br><br>USAO_00082214 | Agent S.H. | | | |
| 3 | Picture Caravello – Pink Shirt<br><br>USAO_00000016 | Special Agent J.M. | | | |
| 4 | [Reserved] | | | | |
| 5 | Picture of Caravello Before His Interview<br><br>USAO_00082207 | Special Agent J.M. | FRE 401 and 403 | | |
| 6 | Agent R.C. Body Camera Screenshot 1 (1:14:03) | Agent S.H. | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 7 | Agent S.H. Body Camera Screenshot 1 (18:48) | Agent R.C. | | | |
| 8 | Agent R.C. Body Camera Screenshot 2 (1:07:45) | Agent R.C. | | | |
| 9 | Agent A.C. Body Camera Screenshot 1 (20:12) | Agent S.H. | | | |
| 10 | Agent A.C. Body Camera Screenshot 2 (20:39) | Agent S.H. | | | |
| 11 | Agent A.C. Body Camera Screenshot 3 (20:45) | Agent S.H. | | | |
| 12 | Agent A.C. Body Camera Screenshot 3 (20:45) | Agent R.C. | | | |
| 30 | Agent S.H. Full Body Camera Footage USAO_00000026 | Agent S.H. (Full footage will not be admitted) | | | |

2

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 31 | Agent R.C. Full Body Camera Footage USAO_00000027 | Agent R.C. (Full footage will not be admitted) | | | |
| 32 | Agent A.C. Full Body Camera Footage USAO_00000045 | Agent A.C. (Full footage will not be admitted) | | | |
| 33 | Agent S.H. Body Camera Clip 1 (14:20 – 15:05) | Agent S.H. | | | |
| 34 | Agent S.H. Body Camera Clip 2 (15:54 – 19:46) | Agent S.H. | | | |
| 35 | Agent S.H. Body Camera Clip 3 (17:18 – 18:16) | Agent S.H. | | | |

3

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 36 | Agent S.H. Body Camera Clip 6 (18:46 – 19:12) | Agent S.H. | | | |
| 37 | Agent S.H. Body Camera Clip 7 (1:08:28 – 1:08:43) | Agent S.H. | | | |
| 38 | Agent R.C. Body Camera Clip 3 (1:08:23 – 1:08:37) | Agent S.H. | | | |
| 39 | Agent S.H. Body Camera Clip 4 (1:10 – 1:10:19) | Agent S.H. | | | |
| 40 | Agent A.C. Body Camera Clip 1 (20:12 – 21:04) | Agent S.H. | | | |
| 41 | Agent R.C. Body Camera Clip 1 (1:12:07 – 1:12:45) | Agent R.C. | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 42 | Agent S.H. Body Camera Clip 5 (1:12:25 – 1:13:15) | Agent S.H. | | | |
| 100 | [Reserved] | | | | |
| 101 | Post-Arrest Interview with Jonathan Caravello Clip 1 (11:40 – 12:10) | Special Agent J.M. | | | |
| 102 | Post-Arrest Interview with Jonathan Caravello Clip 2 (16:49 – 17:21) | Special Agent J.M. | | | |
| 103 | [Reserved] | | | | |
| 104 | [Reserved] | | | | |
| 200 | Trial Stipulation Regarding the Identity of Defendant Jonathan Caravello (Dkt. 54) | N/A | | | |

5

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|----------------------------------|------------------------|-----------------|---------------|
| 201 | Tear Gas Canister | Agent S.H. | | | |
| 202 | [Reserved] | | | | |

Dated: April 3, 2026          Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


_____/s/_____
ROGER A. HSIEH
CHRIS S. BULUT
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: April 3, 2026          _____/s/_____
KNUT S. JOHNSON
JOHN PAUL
Attorneys for DEFENDANT
JONATHAN CARAVELLO

* Pursuant to Local Rule 5-4.3.4, the filer hereby attests that all signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing