TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Chief, Major Frauds Section
CHRIS S. BULUT (Cal. Bar. No. 352016)
Assistant United States Attorney
General Crimes Section
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0600/6738
    Facsimile: (213) 894-0141
    E-mail:   roger.hsieh@usdoj.gov
              chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00686(A)-CV |
|---|---|
| Plaintiff, | TRIAL STIPULATION REGARDING EXHIBITS TO BE USED IN OPENING STATEMENTS |
| v. | |
| JONATHAN CARAVELLO, | Trial Date:  April 7, 2026<br>Trial Time:  8:30 a.m. |
| Defendant. | Location:   Courtroom of the<br>Hon. Cynthia<br>Valenzuela |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys ROGER A. HSIEH and CHRIS S. BULUT, and defendant JONATHAN CARAVELLO, both individually and through his attorney of record, KNUT S. JOHNSON, hereby agree and stipulate to the following exhibits to be used in opening statements.

**<u>Trial Stipulation</u>**

The parties have met and conferred regarding exhibits that may be introduced during opening statements.  The government plans to introduce the following exhibits, or portions thereof, in its opening statement, and the defense does not object:  Exhibits 1, 2, 9, 34, 38, 40, 41, 42, and 43.

The defense plans to introduce clips of Exhibits 30 and 31, including 15:48:06 from Exhibit 31, 15:48:48 in Exhibit 31, for about 17 seconds for each clip.  The defense also plans to introduce stills No. 131302 and 131102 from Exhibits 30 and 31.

//

//

//

The government objects, as it mentioned on the record, to time stamps 15:07:47 in Exhibit 30 that the defendant requests to introduce in its opening statement.

Dated: April 7, 2026                Respectfully submitted,

                                    TODD BLANCHE
                                    Deputy Attorney General

                                    BILAL A. ESSAYLI
                                    First Assistant United States
                                    Attorney

                                    ALEXANDER B. SCHWAB
                                    Assistant United States Attorney
                                    Acting Chief, Criminal Division


                                    _____/s/_____
                                    ROGER A. HSIEH
                                    CHRIS S. BULUT
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


Dated: April 7, 2026                _____/s/_____
                                    KNUT S. JOHNSON
                                    JOHN PAUL
                                    Attorneys for DEFENDANT
                                    JONATHAN CARAVELLO